IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of AJS CONSTRUCTION, INC.<br><br>**Plaintiff,**<br><br>v.<br><br>ALLIED WORLD SPECIALTY INSURANCE COMPANY and GSC CONSTRUCTION, INC.<br><br>**Defendants.** | CIVIL ACTION FILE NO. 2:18-cv-4-RWS |

## JUDGMENT

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of petitioner's motion to confirm arbitration award, and the court having granted said motion and confirmed the arbitration award, it is

**Ordered and adjudged** that judgment is entered in favor of Plaintiff for $85,866.85 against Defendant GSC Construction, Inc.

1

Dated at Gainesville, Georgia, this 9th day of July, 2020.

Prepared, Filed and Entered
in the Clerk's Office
July 9, 2020
James N. Hatten
Clerk of Court
By: s/Daniel Ross
Deputy Clerk

JAMES N. HATTEN
CLERK OF COURT
By: __s/Daniel Ross___
Deputy Clerk